# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SEDAGHATPOUR, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZARA USA, Inc., a New York corporation; and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No. CV 20-1272-DMG (JPRx)<br><br>**ORDER DISMISSING ACTION [28]** |

Pursuant to the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety, with prejudice, as to Plaintiff's individual claims, and without prejudice as to any claims by the putative, uncertified class alleged by Plaintiff.

DATED: August 30, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE